UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   CASE NO. 18-45949-CEC
IN RE:
                                                                            CHAPTER 7

                Anthony Sylvester,                            **NOTICE OF APPEARANCE**
                                                                                **AND REQUEST FOR SERVICE**
                                                                                **OF PAPERS**

                                  Debtor.

------------------------------------------------------------x

**S I R S :**

       **PLEASE TAKE NOTICE**, that STEIN, WIENER & ROTH, L.L.P., on behalf of Wells Fargo Bank, N.A., as servicing agent for U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4, hereby enters its appearance as attorneys for Wells Fargo Bank, N.A., as servicing agent for U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4, in the above matter, and pursuant to Bankruptcy Rule 2002, request that its name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

        STEIN, WIENER & ROTH, L.L.P.
        One Old Country Road, Suite 113
        Carle Place, New York 11514

       **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

…

DATED:    Carle Place, New York
          October 22, 2018

                              STEIN, WIENER & ROTH, L.L.P.

                              BY: _____
                              ANDREW GOLDBERG, ESQ.
                              Attorneys for U.S. Bank National Association, as
                              Trustee for CSMC Mortgage-Backed Pass-Through
                              Certificates, Series 2006-4
                              One Old Country Road, Suite 113
                              Carle Place, New York 11514
                              (516) 742-1212

TO:
Debra Kramer, Esq.
Trustee
98 Cutter Mill Road, Suite 466 South
Great Neck, NY 11021

Anthony Sylvester
Debtor
709 Fountain Avenue
Brooklyn, NY 11208

U.S. Trustee
U.S. Federal Courthouse
201 Varick Street, Suite 1006
New York, NY 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE:                                                                          CASE NO. 18-45949-CEC

        Anthony Sylvester,

                                                                                    CHAPTER 7

                  Debtor.

-------------------------------------------------------------X

====================================================================

**NOTICE OF APPEARANCE and**
**REQUEST FOR SERVICE OF PAPERS**

====================================================================

                                      STEIN, WIENER & ROTH, L.L.P.
                                      Attorneys for U.S. Bank National Association, as Trustee for
                                      CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4
                                      Office & P.O. Address
                                      One Old Country Road, Suite 113
                                      Carle Place, New York 11514
                                      (516) 742-1212
                                      69002/WELLS