UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No. 1-18-45949-cec

In Re:

      Chapter 7

Anthony Sylvester

**NOTICE OF APPEARANCE**

            Debtor.

------------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

      **PLEASE TAKE NOTICE,** that the Secured Creditor, Specialized Loan Servicing, LLC as servicer for US Bank National Association, as successor Trustee to Bank of America, National Association, (successor by merger to LaSalle Bank National Association), as Trustee for Morgan Stanley Mortgage Loan Trust 2006-7, hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

Dated:  November 16, 2018
       St. Louis, Missouri

                                    Kozeny & McCubbin, L.C. LLC

                                     /s/ Wesley T. Kozeny
                                    By: Wesley T. Kozeny, Esq.
                                    Attorney for Movant
                                    12400 Olive Blvd, Ste 555
                                    St. Louis, MO 63141
                                    Phone: (314) 991-0255
                                    Fax:  (314) 567-8019
                                    nybk@km-law.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Case No. 1-18-45949-cec
In Re:

   Chapter 7

Anthony Sylvester

**CERTIFICATE OF SERVICE**

        Debtor.

-------------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Appearance and a copy of these pleadings were mailed by U.S. First Class Mail on November 16, 2018 to the parties listed below:

Anthony Sylvester, Pro Se, Debtor
709 Fountain Avenue
Brooklyn, NY 11208

Debra Kramer, Trustee
98 Cutter Mill Road, Suite 466 South
Great Neck, NY 11021

U.S. Trustee
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

        Respectfully submitted,

        /s/ Wesley T. Kozeny
        By: Wesley T. Kozeny, Esq.
        Attorney for Movant
        12400 Olive Blvd, Ste 555
        St. Louis, MO 63141
        Phone: (314) 991-0255
        Fax:  (314) 567-8019
        nybk@km-law.com