UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

IN RE:                                                              Case No.: 18-45949-cec

       Anthony Sylvester,                          Chapter 13

                             Debtor(s).                             **NOTICE OF APPEARANCE**

---------------------------------------------------------X

SIR/MADAM:

     **PLEASE TAKE NOTICE** that Kiva James, Esq., PLLC, hereby appears in the above action, and demands that all papers in the case be served on Kiva James, Esq., PLLC, as attorney for the herein Debtor, at the address stated below.

     **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, a demand for any and all orders and notices of any application, including notice of any motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: January 15, 2019

       Brooklyn, New York

                                                          KIVA JAMES, ESQ., PLLC

                                                          Attorneys for the Debtor

                                                          By: Kiva James, Esq.

                                                          344 Ave U, Suite 628, Brooklyn, NY 11223

                                                          PH: (347) 764-2540 / FX: (347) 342-3197

                                                          Email: kivajamesesquire@hotmail.com