UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

In Re:

ANTHONY SYLVESTER,

Debtor(s)

----------------------------------------------------X

Chapter   13

Case No. 18-45949-cec

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program
with  respect to *[Identify the property, loan and creditor(s) for which you are requesting
loss mitigation]*:

705 FOUNTAIN AVE, BROOKLYN, NY 11208
_____
*[Identify the Property]*

6193
_____
*[Last 4 Digits of Loan Number]*
SLS for US Bank c/o Kozeny & McCubbin, L.C., 12400 Olive Blvd Ste 555, St. Louis, MO  63141
_____
*[Creditor's Name and Address]*

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to
comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation
Procedures, and I will participate in the Loss Mitigation Program in good faith. I
understand that loss mitigation is voluntary for all parties, and that I am not required to
enter into any agreement or settlement with any other party as part of entry into the Loss
Mitigation Program. I also understand that no other party is required to enter into any
agreement or settlement with me. I understand that **I am not required to request dismissal
of this case** as part of any resolution or settlement that is offered or agreed to during the
Loss Mitigation Period.

Sign: s/Anthony Sylvester                    Date: March 1                    , 20 19

Print Name:  Anthony Sylvester
_____
*[First and Last Name]*
Telephone Number: 347-803-3229
_____
*[i.e. 999-999-9999]*
E-mail Address [if any]: sylvester@alumni.harvard.edu