UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In Re:

    Anthony Sylvester,

                          Debtor(s).

Case No.: 18-45949-cec

Chapter 13

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE OF DEBTOR'S

## REQUEST FOR LOSS MITIGATION

The undersigned, Attorney for the Debtor, Kiva James, Esq., certifies that on March 1, 2019 a copy of the Debtor's REQUEST FOR LOSS MITIGATION was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the US Postal Service within the State of NY upon the following parties:

Michael J. Macco, Chapter 13 Trustee

2950 Express Dr So. Ste 109

Islandia, NY 11749


Anthony Sylvester

709 Fountain Ave

Brooklyn, NY 11208


Kozeny & McCubbin, L.C. LLC

c/o Specialized Loan Servicing for US Bank

12400 Olive Blvd, Ste 555

St. Louis, MO 63141

United States Trustee - EDNY (BRO)

201 Varick St Ste 1006

New York, NY 10014


Dated: 1st day of March, 2019

s/Kiva James

Debtor's Attorney: KIVA JAMES, ESQ., PLLC

344 Ave U Ste 628, Brooklyn, NY 11223

Phone: (347) 764-2540